# United States Court of Appeals

FOR THE

SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-six.

Present:

Myrna Pérez,
Alison J. Nathan,
*Circuit Judges*,
Gary S. Katzmann,
*Judge*.[*]

---

Cumulus Media New Holdings Inc.,

*Plaintiff-Appellee*,

v. 26-88

The Nielsen Company (US), LLC,

*Defendant-Appellant*.

---

Appellee moves to clarify that the Court's July 13, 2026 opinion, which vacated the February 3, 2026 stay pending appeal, lifted that stay immediately upon issuance. Appellant opposes on grounds that the stay is not vacated until the mandate issues.

Appellant's petition for rehearing has now been denied, Dkt. No. 96, and the mandate will therefore issue on August 25, 2026. *See* Fed. R. App. P. 41(b). To the extent that Appellee seeks clarification before the mandate issues, no showing has been made as to the need for clarification before that date. The motion is therefore **DENIED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

---

[*] Judge Gary S. Katzmann, of the United States Court of International Trade, sitting by designation.